No. 87–5058.  O'DELL v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 87–5059.  PRENZLER v. SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 87–5060.  SMITH v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir.  Certiorari denied.

No. 87–5061.  ROBINSON v. DELAWARE ET AL.  C. A. 3d Cir. Certiorari denied.

No. 87–5063.  CADE ET AL. v. NEW MEXICO.  Sup. Ct. N. M. Certiorari denied.

No. 87–5067.  ANNONSON v. GROVER ET AL.  Sup. Ct. Wis. Certiorari denied.

No. 87–5068.  FREEMAN v. HATFIELD.  C. A. 4th Cir.  Certiorari denied.

No. 87–5069.  DINITZ v. JUSTICES OF THE SUPREME COURT OF KINGS COUNTY.  Ct. App. N. Y.  Certiorari denied.

No. 87–5071.  EULER-MARKUS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 87–5072.  D'AMARIO v. PROVIDENCE CIVIC CENTER AUTHORITY ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 87–5073.  GARCIA v. UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 87–5074.  BELL v. COLORADO.  Sup. Ct. Colo.  Certiorari denied.

No. 87–5075.  LEE v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 87–5076.  FLOYD v. CONNECTICUT.  App. Ct. Conn.  Certiorari denied.